UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-mj-6470-HUNT
CASE NO. 20-mj-6471-HUNT

In the Matter of the Search of Apple iPhone X, &
In the Matter of the Search of iPhone 11 Pro
_____/

## MOTION TO UNSEAL

The United States of America, by and through the undersigned, hereby moves this Court for an Order unsealing the Search Warrants, Applications, and other related documents including the supporting Affidavits, as captioned above, in this case.  The Affidavits were sworn out and these Search Warrants were approved by this Court on September 25, 2020.

The Government seeks to unseal these materials because its investigation has progressed to the point where ten (10) Defendants related to these Orders and search warrants have been charged by criminal complaint on September 25, 2020, in United States v. Markovich, et al., Case No. 20-mj-06469-HUNT, [D.E. 1] ("Complaint').   Nine of these Defendants have had their initial appearances, and a preliminary hearing under Fed. R. Crim. P. 5.1 has been scheduled for October 28, 2020.[1]   Thus, pursuant to Fed. R. Crim. P. 26.2, the Government must provide Jencks material for its witness who will testify at the preliminary hearing, who in this case is FBI SA Bhoge, the affiant for the Affidavits supporting the Search Warrants submitted to this Court.  SA Bhoge's Affidavits supporting these search warrants must be produced as part of the Government's discovery obligations for the preliminary hearing in this case, and must also be included in the Government's Rule 16 discovery.

---

[1] Standing Discovery Orders were entered as well [D.E. 6, 10, 17-20, 23-25], to which the Government has responded. A Protective Order regarding discovery has also been entered, [D.E. 34].

Upon unsealing, the United States respectfully requests that the Court place the documents in the public portion of the Court file.

Dated: October 19, 2020

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

DANIEL KAHN, ACTING CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

By:   /s/ *James V. Hayes*
JAMES V. HAYES
Senior Litigation Counsel
FL Special Bar No. A5501717
JAMIE DE BOER
Trial Attorney
FL Special Bar No. A5502601
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C.   20005
Phone:   (202) 774-4276
Email: James.Hayes@usdoj.gov
Email: Jamie.deBoer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2020, I submitted the foregoing document to the Court via CM/ECF and email.

*/s/ James V. Hayes*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-mj-6470-HUNT**
**CASE NO. 20-mj-6471-HUNT**

**In the Matter of the Search of Apple iPhone X, &**
**In the Matter of the Search of iPhone 11 Pro**
_____/

**ORDER UNSEALING SEARCH WARRANT AND RELATED DOCUMENTS**

Having reviewed the United States of America's Motion to Unseal, and for good cause shown, the Court grants the United States' Motion and orders that the Search Warrant and all related documents in this matter be unsealed and placed in the public portion of the Court file.

IT IS SO ORDERED.

Dated: October _____, 2020

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

cc: James V. Hayes
    Jamie De Boer